**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In the matter of:**<br>**GARDNER, DAVID W., JR.** | Case No. 09-53452 CMC<br><br>Chapter 7<br><br>Judge CHARLES M. CALDWELL |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $12.96 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Nordstrom FBS<br>P.O. Box 6555<br>Englewood, CO  80155 | #3 | $4.16 |
| Roundup Funding LLC<br>MS550<br>P.O. Box 91121<br>Seattle, WA  98111-9221 | #8 | $4.21 |
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL  61702 | #18 | $2.50 |
| Recovery Management<br>Systems Corporation<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL  33131 | #19 | $2.09 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|

    $<u>12.96</u>                                                  $<u>0.00</u>

Dated:  <u>April 28, 21010</u>                      <u>/s/ Frederick L. Ransier</u>
                                                                        Case Trustee

cc:  U.S. Trustee